1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11

12  IN RE DEEP VEIN THROMBOSIS       )   MDL No. 04-1606 VRW
    LITIGATION                       )
13                                   )   ORDER APPROVING REQUEST
                                     )   OF SUBSTITUTION OF
14  This Document Relates to:        )   ATTORNEY [~~PROPOSED~~]
    *Brackenbury v. Virgin Atlantic Airways*, C05-3873  )
15  *Labadia v. Virgin Atlantic Airways*, CV 05-02952   )
                                     )
16                                   )
    _____  )
17

18

19       On July 25, 2006, Clyde & Co US LLP filed with this Court a Notice of

20  Substitution of Attorney on behalf of defendant Virgin Atlantic Airways Limited.

21  After consideration of the Notice of Substitution of Attorney submitted by counsel,

22  the Court orders that:

23  //
24  //
25  //
26  //
27  //
28  //

ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]

1  Request of defendant Virgin Atlantic Airways Limited to substitute Clyde &
2  Co US LLP as its attorneys of record in place and stead of Condon & Forsyth LLP
3  is hereby approved.
4
5  IT IS SO ORDERED.
6
7  DATED: _____, 2006    _____
8                                  HONORABLE VAUGHN R. WALKER
                                   UNITED STATES DISTRICT JUDGE
9